UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHARLES WILSON,

        Plaintiff,

v.                                    Case No. 02-C-1254

CITY OF MILWAUKEE POLICE
DEPARTMENT and MARK PETERSON,

        Defendants.

---

**ORDER**

Plaintiff Charles Wilson has filed a "Motion to Withdraw 42 U.S.C. § 1983 Complaint and file in the Proper judicial district, and Correct Courts erra [sic]." Plaintiff's complaint was dismissed, with prejudice, on February 6, 2003, for failure to state a claim upon which relief could be granted. The court will treat plaintiff's motion as one for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Plaintiff's motion states no grounds for relief. Accordingly, it is denied.

**SO ORDERED.**

Dated this 27th day of July, 2005.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge